1

2                                                                    JS-6

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                        **CENTRAL DISTRICT OF CALIFORNIA**

9

10   REGGIE WALLACE, ET AL.,                    Case No. SACV 08-1463-JLS (MLGx)

11              Plaintiffs,

12         v.                                    **JUDGMENT**

13   COUNTRYWIDE HOME LOANS, INC.,
     ET AL.,
14                                               Class Action
               Defendants.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1

1    The Court, on April 17, 2015, issued its Order Granting Final Approval of Class

2  Settlement, Award of Attorney's Fees and Costs and Expenses, Class Representative

3  Enhancements, and Release of All Claims by Settlement Class Members ("Order

4  Granting Final Approval").

5    Pursuant to Federal Rule of Civil Procedure 58, the Court HEREBY ORDERS

6  ENTRY OF JUDGMENT as follows:

7    1.    The Settlement Class as to whom this judgment applies is defined as:

8
9
10
11
12
13
"All individuals who received compensation from Full Spectrum
Lending, Inc. in the position of Branch Account Executive between
January 1, 2002 and December 31, 2004 who were sent
Acknowledgement Letters in connection with Full Spectrum's back
pay program, excluding those Branch Account Executives who
released their claims through settlement in the case of *Walker v.
Countrywide Credit Industries, Inc., et. al.*, U.S. District Court,
Northern District of Texas Case No. 3:03-CV-00684-N."

14    2.    The parties shall comply with the terms and conditions of the Settlement

15  Agreement and of the Order Granting Final Approval, including payment of the approved

16  claims made by Class Members, payment of the enhancement awards of $7,500 each to

17  Plaintiffs Reggie Wallace, Travin Lu'I, and Erik Frates, and payment to Class Counsel of

18  approved attorneys' fees in the amount of $3,150,000 and costs in the amount of

19  $150,000.  Upon such compliance, and in accordance with the terms of the Order

20  Granting Final Approval, the matter and the Complaint on file herein shall be dismissed

21  in its entirety, with prejudice.  The Settlement Class members shall be barred and

22  enjoined from prosecuting the Released Class Claims against the Releasees, as those

23  terms are defined in the Settlement Agreement.  The Court shall retain jurisdiction over

24  all matters relating to the interpretation, administration, implementation, effectuation

25  and/or enforcement of the Stipulation of Class Settlement and Release (Dkt. 432-2), the

26  First Amendment to Stipulation of Class Settlement and Release (Dkt. 446), the Order

27  granting Plaintiffs' Motion for Final Approval of the Class Action Settlement and

28

1   Plaintiffs' Motion for Approval of Attorneys' Fees and Costs and Incentive Awards
2   (Dkt. 474) and/or this Judgment.
3          3.     Persons who timely requested exclusion from the Class: (a) will not
4   participate in the recovery obtained through the Settlement Agreement; and (b) are
5   entitled to prosecute an alternative lawsuit, or an individual claim with the California
6   Labor Commission, in accordance with California law, with regard to the claims alleged
7   in the Complaint.
8
9                                    **SO ORDERED:**
10
11
12
    Dated: May 22, 2015          _____
13
                                   Honorable Josephine L. Staton
14                                 United States District Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28